| | |
|---|---|
| 1 | MICHAEL C. MILLS, ESQ. |
| | Nevada Bar No. 003534 |
| 2 | BERNADETTE A. RIGO, ESQ. |
| | Nevada Bar No. 007882 |
| 3 | BAUMAN LOEWE WITT & MAXWELL |
| | 3650 N. Rancho Dr., Ste. 114 |
| 4 | Las Vegas, Nevada  89130 |
| | Phone: 702-240-6060 |
| 5 | Fax: 702-240-4267 |
| | mmills@blwmlawfirm.com |
| 6 | brigo@blwmlawfirm.com |
| 7 | Attorneys for Defendants |
| | Heaven on Earth Moving Services, |
| 8 | Rush Truck Leasing, and |
| | Samuel Wingard |
| 9 | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| | TERESITA VELASQUEZ, individually; | CASE NO: 2:22-cv-00459-ART-DJA |
| | Plaintiff, | **ORDER APPROVING** |
| | vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANT RUSH TRUCK LEASING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P 12(B)(6)** |
| | SAMUEL WINGARD, individually; RUSH TRUCK LEASING, a Foreign Corporation; HEAVEN ON EARTH MOVING SERVICES, a Foreign Limited Liability Company; DOE DEFENDANT 1 – 10, ROE CORPORATIONS 1 – 10 inclusive, | |
| | Defendants. | **[FIRST REQUEST]** |

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff TERESITA VELASQUEZ ("Plaintiff"), by and through her counsel of record SAMANTHA A. MARTIN, ESQ of RICHARD HARRIS LAW FIRM, and Defendant RUSH TRUCK LEASING ("Defendant") by and through its counsel of record, MICHAEL C. MILLS, ESQ. of BAUMAN LOEWE WITT & MAXWELL, PLLC LLP, hereby request and stipulate that Plaintiff be allowed a ten (10) day extension of time, up to and including April 29, 2022 to file with the Court, Plaintiffs' response to Defendant Rush Truck Leasing's Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) [ECF 9]. The parties

STIPULATION & ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO
DEFENDANT RUSH TRUCK LEASING MOTION TO DISMISS
- PAGE 1 OF 2 -

3957192v1

also stipulate and agree to allow Defendant up to and including May 6, 2022 to file their Reply.

This is Plaintiff's first request for an extension of time to extend the deadline to file their Response and Defendant Rush Truck Leasing's first request to extend the deadline for its Reply. This request is made in good faith and not intended for purposes of delay. The Parties request this extension in order further discuss the issues that are the subject of the Motion.

IT IS SO STIPULATED.

| Dated this __19th__ day of April 2022. | Dated this __19th__ day of April 2022. |
|---|---|
| RICHARD HARRIS LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Samantha Martin, Esq. | /s/ Michael C. Mills, Esq. |
| SAMANTHA A. MARTIN, ESQ<br>Nevada Bar No. 12998<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 444-4444<br>Facsimile: (702) 444-4455<br>Email: Samantha.Martin@richardharrislaw.com<br><br>*Attorneys for Plaintiff* | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax:  702-240-4267<br><br>*Attorneys for Defendants Samuel Wingard, Rush Truck Leasing, and Heaven on Earth Moving Services* |

**ORDER**

IT IS SO ORDERED.

DATED: __April 20, 2022__

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT RUSH TRUCK LEASING MOTION TO DISMISS
- PAGE 2 OF 2 -

3957192v1