1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BERNADETTE A. RIGO, ESQ.
   Nevada Bar No. 007882
3  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
4  Las Vegas, Nevada 89130
   Phone: 702-240-6060
5  Fax: 702-240-4267
   mmills@blwmlawfirm.com
6  brigo@blwmlawfirm.com

7  Attorneys for Defendants
   Heaven on Earth Moving Services,
8  Rush Truck Leasing, and
   Samuel Wingard
9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12

| | |
|---|---|
| TERESITA VELASQUEZ, individually; | CASE NO: 2:22-cv-00459-ART-DJA |
| Plaintiff, | **ORDER APPROVING** |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT RUSH TRUCK LEASING ONLY** |
| SAMUEL WINGARD, individually; RUSH TRUCK LEASING, a Foreign Corporation; HEAVEN ON EARTH MOVING SERVICES, a Foreign Limited Liability Company; DOE DEFENDANT 1 – 10, ROE CORPORATIONS 1 – 10 inclusive, | |
| Defendants. | |

21      IT IS HEREBY STIPULATED, by and between Plaintiff TERESITA VELASQUEZ

22  ("Plaintiff"), by and through her counsel of record SAMANTHA A. MARTIN, ESQ of

23  RICHARD HARRIS LAW FIRM, and Defendant RUSH TRUCK LEASING ("Defendant")

24  by and through its counsel of record, MICHAEL C. MILLS, ESQ. of BAUMAN LOEWE

25  WITT & MAXWELL, PLLC LLP, that the above-captioned matter having been amicably

26  resolved between Plaintiff and Defendant RUSH TRUCK LEASING, the same may be

27  dismissed with prejudice as to Defendant RUSH TRUCK LEASING ONLY, with Plaintiff

28  and Defendant RUSH TRUCK LEASING, each party to bear their own attorneys' fees

STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT RUSH TRUCK LEASING ONLY
- PAGE 1 OF 2 -

3965574v1

and costs.

IT IS FURTHER STIPULATED that the Defendant RUSH TRUCK LEASING's Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6) [ECF] may be withdrawn in light of Plaintiff agreeing to Dismiss Defendant RUSH TRUCK LEASING based upon 49 U.S.C. § 30106(a) (The Graves Amendment).

IT IS SO STIPULATED.

| Dated this 27th day of April 2022. | Dated this 27th day of April 2022. |
|---|---|
| RICHARD HARRIS LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Samantha Martin, Esq. | /s/ Michael C. Mills, Esq. |
| SAMANTHA A. MARTIN, ESQ.<br>Nevada Bar No. 12998<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 444-4444<br>Facsimile: (702) 444-4455<br>Email: Samantha.Martin@richardharrislaw.com<br><br>*Attorneys for Plaintiff* | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br><br>*Attorneys for Defendants Samuel Wingard, Rush Truck Leasing, and Heaven on Earth Moving Services* |

## ORDER

Based on the parties stipulation, and good cause appearing,

IT IS ORDERED that defendant RUSH TRUCK LEASING is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that the defendant Rush Truck Leasing's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 9) is withdrawn in light of Plaintiff agreeing to dismiss defendant Rush Truck Leasing based upon 49 U.S.C § 30106(a) (The Graves Amendment).

Dated: May 2, 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT RUSH TRUCK LEASING ONLY
- PAGE 2 OF 2 -

3965574v1