UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESITA VELASQUEZ, individually;<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL WINGARD, individually; RUSH TRUCK LEASING, a Foreign Corporation; HEAVEN ON EARTH MOVING SERVICES, a Foreign Limited Liability Company; DOE DEFENDANT 1 – 10, ROE CORPORATIONS 1 – 10 inclusive,<br><br>Defendants. | CASE NO: 2:22-cv-00459-ART-DJA<br><br>**ORDER APPROVING** |

**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record that that the above-captioned and numbered matter having been amicably settled between them, the same may be dismissed with prejudice in its entirety, all parties to bear their own attorneys' fees and costs;

/ / /

/ / /

/ / /

1     The parties hereby represent that a Trial has not yet been set and there are no
2 pending motions or hearings in this matter.
3     THE PARTIES FURTHER SAYETH NAUGHT.

4 Dated this  16th  day of December, 2022.     Dated this  16th  day of December, 2022.

5 **RICHARD HARRIS LAW FIRM**      **BAUMAN LOEWE WITT & MAXWELL**

7 /s/ Samantha Martin
SAMANTHA A. MARTIN, ESQ.      MICHAEL C. MILLS, ESQ.
8 Nevada Bar No. 12998      Nevada Bar No. 003534
801 South Fourth Street      3650 N. Rancho Drive, Suite 114
9 Las Vegas, Nevada 89101      Las Vegas, Nevada 89130
*Attorneys for Plaintiff*      *Attorneys for Defendants Heaven on Earth Moving Services and Samuel Wingard*

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record, and representation having been made **that Trial in this matter has not been scheduled, it is hereby:**

ORDERED, ADJUDGED AND DECREED that this case be dismissed in its entirety, with prejudice, each party to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: December 20, 2022

_____
Anne R. Traum
United States District Court Judge